# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 516 MAL 2019

Respondent

:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

v.

:
:
:

DEREK MACNILE JOHNS,

:
:

Petitioner

:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.